# EXHIBIT F

# PRELIMINARY CLAIM CHART

### U.S. Patent No. 8,261,072

Crestone IP Management, LLC ("Crestone") provides notice of its allegations of Apple's infringement of exemplary claims 26–28 of U.S. Patent No. 8,261,072 (hereinafter "the '072 patent") by Apple's exemplary iPhone 16 Pro utilizing Secure Enclave in an A18 Pro SoC.  In support thereof, Crestone provides the following preliminary claim charts.

"Accused Products" as used herein is defined in Crestone's Complaint, and includes, but is not limited to, all versions of Apple's smartphones, iPads, and MacBook computers comprising a trusted platform module such as Apple's Secure Enclave ("'072 Accused Products").  It is further understood, on information and belief, that Apple is responsible, in material part, for the functionality and design of the '072 Accused Products and any other Accused Products that it provides.

These claim charts demonstrate Apple's infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Products based on the information available to Crestone at the present time.  These claim charts are not intended to constitute an expert report on infringement.  These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from available resources regarding the Accused Products, as Apple has provided no discovery in this case, which is expected to include design specifications for and physical copies of each variant or version of the Accused Products.  In addition, Apple has yet to identify each version (including by SKU, UPC, or otherwise) what it considers to be different versions of the Accused Products.  An analysis of Apple's (or other third parties') documentation may assist in fully identifying all infringing features and functionality.  Accordingly, Crestone reserves the right to supplement and/or amend this infringement analysis once such information is made available to Crestone.  Furthermore, Crestone reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.  Crestone provides this evidence of infringement and related analysis without the benefit of fact discovery, claim construction, and expert reports or discovery.  Crestone reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such fact discovery, claim construction, or expert reports or discovery.

Unless otherwise noted, Crestone contends that Apple directly infringes the '072patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, using, within the United States and/or importing the Accused Products into the United States.  The following exemplary analysis demonstrates that infringement.  Unless otherwise noted, Crestone further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.  Apple makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe at least claims 26–28 of the '072 patent, including without limitation, the Accused Products.

# PRELIMINARY CLAIM CHART

Unless otherwise noted, Crestone believes and contends that each element of each claim asserted herein is literally met through Apple's provision of the Accused Products.  However, to the extent that Apple attempts to allege that any asserted claim element for which literal infringement is alleged herein is not literally met, Crestone believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Accused Products, Crestone did not identify any substantial differences between the elements of the patent claims and any of the corresponding features of the Accused Products, as set forth herein.  In each instance, the identified feature of the Accused Products performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Products, Crestone asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim.  Crestone reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Apple.  Crestone also reserves the right to amend this infringement analysis by citing other claims of the '072 patent, not listed in the claim chart, that are infringed by the Accused Products.  Crestone further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Products" column of each chart.

# PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (Apple iPhone 16 Pro with A18 Pro & Secure Enclave) |
|---|---|
| **[26.pre]** A non-transitory computer readable storage medium containing program instructions executed upon access by a trusted platform module to cause the trusted platform module to perform operations comprising: | **Each Accused Product comprises a non-transitory computer readable storage medium containing program instructions executed upon access by a trusted platform module to cause the trusted platform module to perform operations, as shown below:**<br><br>The exemplary Apple iPhone 16 Pro contains a non-transitory computer readable storage medium, as shown below:<br><br>Specifically, the Apple iPhone 16 Pro contains the A18 SoC:<br><br>**Apple Silicon – A18 Pro chip specs**<br>...<br><br>Name: A18 Pro<br>Released: September 9th, 2024<br>Codename: APL1V07<br>Part Number: T8140<br>Fabrication Process: TSMC's 3-Nanometer<br>Transistor Count: 20-Billion<br>CPU ISA: ARMv9.2-A<br><br>CPU Information:<br># of Performance Cores: 2<br>P-Core clock: 4.05 GHz<br># of Efficiency Cores: 4<br>E-Core clock: 2.42 GHz<br>Overall Cores: 6<br>P-L1i Cache: 192 KB per-core<br>• P-L1i Total: 384 KB •<br><br>https://lowendmac.com/2025/apple-silicon-a18-pro-chip-specs/ (last accessed Oct. 16, 2025)<br><br>The A18 Pro Chip, like other recent Apple SoCs, contains Secure Enclave, which is a dedicated secure subsystem integrated into the Apple SOC on all iPhones starting with the iPhone 5s. |

3

## PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (Apple iPhone 16 Pro with A18 Pro & Secure Enclave) |
|---|---|
|  | The Secure Enclave is a hardware feature of most versions of iPad, iPhone, Mac, Apple TV, Apple Vision Pro, Apple Watch, and HomePod—namely: <br><br> • All iPad models starting with iPad Air or later <br><br> • All iPhone models starting with iPhone 5s or later <br><br> • All Mac computers with Apple silicon <br><br> • MacBook Pro computers with Touch Bar (2016 and 2017) that contain the Apple T1 Chip <br><br> • All Intel-based Mac computers that contain the Apple T2 Security Chip <br><br> • All Apple TV models starting with Apple TV HD or later <br><br> • All Apple Watch models starting with Apple Watch Series 1 or later <br><br> • Apple Vision Pro <br><br> • All HomePod models <br><br> https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf at 11 (last accessed July 9, 2026). |

4

## PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (Apple iPhone 16 Pro with A18 Pro & Secure Enclave) |
| --- | --- |
|  | **The Secure Enclave**<br><br>The Secure Enclave is a dedicated secure subsystem in the latest versions of iPad, iPhone, Mac, Apple TV, Apple Vision Pro, Apple Watch, and HomePod.<br><br>**Overview**<br><br>The Secure Enclave is a dedicated secure subsystem integrated into Apple (SoC). The Secure Enclave is isolated from the main processor to provide an extra layer of security and is designed to keep sensitive user data secure even when the Application Processor kernel becomes compromised. It follows the same design principles as the SoC does—a Boot ROM to establish a hardware root of trust, an AES Engine for efficient and secure cryptographic operations, and protected memory. Although the Secure Enclave doesn't include storage, it has a mechanism to store information securely on attached storage separate from the NAND flash storage that's used by the Application Processor and operating system.<br><br>https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf at 10 (last accessed July 9, 2026).<br><br>See also<br>and secure encryption and decryption, and a Secure Enclave. The *Secure Enclave* is a component on Apple system on a chip (SoC) that's included on all recent iPhone, iPad, Apple TV, Apple Watch, Apple Vision Pro, HomePod devices, and on a Mac with Apple silicon and those with the Apple T2 Security Chip. The Secure Enclave itself follows the same principle of design as the SoC does, containing its own discrete boot ROM and AES engine. The Secure Enclave also provides the foundation for the secure generation and storage of the keys necessary for encrypting data at rest, and it protects and evaluates the biometric data for Optic ID, Face ID, and Touch ID.<br>*Id.* |

# PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (Apple iPhone 16 Pro with A18 Pro & Secure Enclave) |
|---|---|
| | Secure Enclave contains, among other things, a dedicated Secure Enclave Boot ROM containing program instructions that are executed upon access by Secure Enclave that cause Secure Enclave to perform certain operations:<br><br>**The Secure Enclave Boot ROM**<br><br>The Secure Enclave includes a dedicated Secure Enclave Boot ROM. Like the Application Processor Boot ROM, the Secure Enclave Boot ROM is immutable code that establishes the hardware root of trust for the Secure Enclave.<br><br>On system startup, iBoot assigns a dedicated region of memory to the Secure Enclave. Before using the memory, the Secure Enclave Boot ROM initializes the Memory Protection Engine to provide cryptographic protection of the Secure Enclave protected memory.<br><br>**The Secure Enclave Boot Monitor**<br><br>On Apple A13 or later SoCs, the Secure Enclave includes a Boot Monitor designed to ensure stronger integrity on the hash of the booted sepOS.<br><br>At system startup, the Secure Enclave Processor's System Coprocessor Integrity Protection (SCIP) configuration helps prevent the Secure Enclave Processor from executing any code other than the Secure Enclave Boot ROM. The Boot Monitor helps prevent the<br><br>*Id.* at 12–13; *see also id.* at 15:<br><br>**Secure nonvolatile storage**<br><br>The Secure Enclave is equipped with a dedicated secure nonvolatile storage device. The secure nonvolatile storage is connected to the Secure Enclave using a dedicated I2C bus, so that it can only be accessed by the Secure Enclave. All user data encryption keys are rooted in entropy stored in the Secure Enclave nonvolatile storage. |

6

# PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (Apple iPhone 16 Pro with A18 Pro & Secure Enclave) |
|---|---|
| **[26.a]** receiving a secure access code from a remote device outside of the trusted platform module; | The Accused Products receive a secure access code from a remote device outside of the trusted platform module, as detailed below:<br><br>For example, Secure Enclave receives a secure access code from the Apple TrueDepth Camera, which is outside of the Secure Enclave module (and is also outside the A18 Pro SoC):<br><br><br><br>Apple TrueDepth Camera<br><br>The Apple TrueDepth Camera is connected to Secure Enclave via the connector indicated in red |

# PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (Apple iPhone 16 Pro with A18 Pro & Secure Enclave) |
|---|---|
| | In particular, the biometric sensor and TrueDepth camera constitute the remote device outside of the Secure Enclave.  The biometric image and other data provided by each of the biometric sensor and TrueDepth camera each comprise a secure access code.<br><br>## Optic ID, Face ID, and Touch ID<br><br>### Biometric security<br><br>Passcodes and passwords are essential to the security of Apple devices. At the same time, users require convenient access to their devices, often more than a hundred times a day. Biometric authentication provides a way to retain the security of a strong passcode— or even strengthen the passcode or password because it doesn't need to be entered manually—while providing the convenience of swiftly unlocking with a finger press or glance. Optic ID, Face ID, and Touch ID don't replace a passcode or password, but in most situations they do make access faster.<br><br>### Face ID security<br><br>With a glance, Face ID securely unlocks supported Apple devices and is designed to confirm user attention, provide robust authentication with a low false-match rate, and mitigate both digital and physical spoofing. It provides intuitive and secure authentication enabled by the TrueDepth camera system, which uses advanced technologies to accurately map the geometry of a user's face. Face ID uses neural networks for determining attention, matching, and antispoofing, so a user can unlock their phone with a glance, even with a mask on when using supported devices. Face ID automatically adapts to changes in appearance, and carefully safeguards the privacy and security of a user's biometric data.<br><br>*See* https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf at 18--19. |

# PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (Apple iPhone 16 Pro with A18 Pro & Secure Enclave) |
|---|---|
| [26.b] receiving usage authorization information generated by a secure generator, the usage authorization information being attached to the secure access code; | The Accused Products receive usage authorization information generated by a secure generator, the usage authorization information being attached to the secure access code, as detailed below:<br><br>In the Apple Security ecosystem, usage authorization information generated by a secure generator (i.e., a shared key provisioned for each TouchID sensor or the digital signature applied by the TrueDepth camera), which is received by Secure Enclave:<br><br>Apple's biometric security architecture relies on a strict separation of responsibilities between the biometric sensor and the Secure Enclave, and a secure connection between the two. The sensor captures the biometric image and securely transmits it to the Secure Enclave. During enrollment, the Secure Enclave processes, encrypts, and stores the corresponding Optic ID, Face ID, and Touch ID template data. During matching, the Secure<br><br>After the TrueDepth camera confirms the presence of an attentive face, it projects and reads thousands of infrared dots to form a depth map of the face along with a 2D infrared image. This data is used to create a sequence of 2D images and depth maps, which are digitally signed and sent to the Secure Enclave. To counter both digital and physical<br><br>**Built-in Touch ID channel security**<br><br>Communication between the Secure Enclave and the built-in Touch ID sensor takes place over a serial peripheral interface bus. The processor forwards the data to the Secure Enclave but can't read it. It's encrypted and authenticated with a session key that's negotiated using a shared key provisioned for each Touch ID sensor and its corresponding Secure Enclave at the factory. For every Touch ID sensor, the shared key is strong, random, and different. The session key exchange uses AES key wrapping, with both sides providing a random key that establishes the session key and uses transport encryption that provides both authentication and confidentiality (using AES-CCM).<br><br>*See* https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf at 19--21. |

# PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (Apple iPhone 16 Pro with A18 Pro & Secure Enclave) |
|---|---|
| | The usage authorization information is also attached to the secure access code (i.e., the biometric data):<br><br>Apple's biometric security architecture relies on a strict separation of responsibilities between the biometric sensor and the Secure Enclave, and a secure connection between the two. The sensor captures the biometric image and securely transmits it to the Secure Enclave. During enrollment, the Secure Enclave processes, encrypts, and stores the corresponding Optic ID, Face ID, and Touch ID template data. During matching, the Secure<br><br>and<br><br>When the fingerprint sensor detects the touch of a finger, it initiates the advanced imaging array to scan the finger and sends the scan to the Secure Enclave. The channel used to secure this connection varies, depending on whether the Touch ID sensor is built into the device with the Secure Enclave or is located in a separate peripheral.<br><br>While the fingerprint scan is being vectorized for analysis, the raster scan is temporarily stored in encrypted memory within the Secure Enclave and then it's discarded. The analysis uses subdermal ridge flow angle mapping, a lossy process that discards "finger minutiae data" that would be required to reconstruct the user's actual fingerprint. During enrollment, the resulting map of nodes is stored in an encrypted format that can be read only by the Secure Enclave as a template to compare against for future matches, but without any identity information. This data never leaves the device. It's not sent to Apple, nor is it included in device backups.<br><br>*See id.* at 19–20. |
| **[26.c]** recognizing the secure access code; | Secure Enclave recognizes the secure access code, as detailed below.<br><br>For example, the Secure Enclave performs a matching of incoming data from the biometric sensor to stored templates, which constitutes recognizing the secure access code: |

**PRELIMINARY CLAIM CHART**

| Claim 26 | Exemplary Accused Product (Apple iPhone 16 Pro with A18 Pro & Secure Enclave) |
|---|---|
| | ## Optic ID, Face ID, and Touch ID<br><br>### Biometric security<br><br>...<br><br>Apple's biometric security architecture relies on a strict separation of responsibilities between the biometric sensor and the Secure Enclave, and a secure connection between the two. The sensor captures the biometric image and securely transmits it to the Secure Enclave. During enrollment, the Secure Enclave processes, encrypts, and stores the corresponding Optic ID, Face ID, and Touch ID template data. During matching, the Secure Enclave compares incoming data from the biometric sensor against the stored templates to determine whether to unlock the device or respond that a match is valid (for Apple Pay, in-app, and other uses of Optic ID, Face ID, and Touch ID). The<br><br>*See* https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf |
| **[26.d]** using the secure access code as a parameter for various trusted platform module commands. | Secure Enclave uses the secure access code as a parameter for various trusted platform module commands, as detailed below.<br><br>For example, the incoming data from the biometric sensor includes the secure access code, which is used as a parameter for various Secure Enclave commands: |

11

## PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (Apple iPhone 16 Pro with A18 Pro & Secure Enclave) |
|---|---|
|  | ## Optic ID, Face ID, and Touch ID<br><br>## Biometric security<br><br>...<br><br>During matching, the Secure Enclave compares incoming data from the biometric sensor against the stored templates to determine whether to unlock the device or respond that a match is valid (for Apple Pay, in-app, and other uses of Optic ID, Face ID, and Touch ID).<br><br>*See* https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf |

| Claim 27 | Exemplary Accused Product (Apple iPhone 16 Pro with A18 Pro & Secure Enclave) |
|---|---|
| **[27.pre]** The computer readable storage medium of claim 26, | **See Claim 26, above.** |
| **[27.a]** wherein the secure access code is not known by a user. | The secure access code used by Secure Enclave is not known by a user, as detailed below. |

# PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (Apple iPhone 16 Pro with A18 Pro & Secure Enclave) |
|---|---|
|  | **Face ID security** <br><br> ... <br><br> After the TrueDepth camera confirms the presence of an attentive face, it projects and reads thousands of infrared dots to form a depth map of the face along with a 2D infrared image. This data is used to create a sequence of 2D images and depth maps, **which are digitally signed and** sent to the Secure Enclave. To counter both digital and physical spoofs, the TrueDepth camera randomizes the sequence of 2D images and depth map captures, and projects a device-specific random pattern. A portion of the Secure Neural Engine—protected within the Secure Enclave—transforms this data into a mathematical representation and compares that representation to the enrolled facial data. This enrolled facial data is itself a mathematical representation of the user's face captured across a variety of poses. <br><br> https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf, at 19-20 (last accessed Oct. 16, 2025) <br><br> In particular, the randomized sequence of 2D images and depth maps device-specific with the projected device-specific random pattern projected by the TrueDepth camera is not known by a user. |

| Claim 28 | Exemplary Accused Product (Apple iPhone 16 Pro with A18 Pro & Secure Enclave) |
|---|---|
| **[28.pre]** The computer readable storage medium of claim 26, | **See Claim 26, above.** |
| **[28.a]** wherein the secure access code is a high entropy password, keycode, random number, or alphanumeric complex. | The secure access code used by Secure Enclave is a high entropy password, keycode, random number, or alphanumeric complex, as detailed below. |

13

## PRELIMINARY CLAIM CHART

| Claim 28 | Exemplary Accused Product (Apple iPhone 16 Pro with A18 Pro & Secure Enclave) |
|---|---|
| | **Face ID security**<br><br>…<br><br>After the TrueDepth camera confirms the presence of an attentive face, it projects and reads thousands of infrared dots to form a depth map of the face along with a 2D infrared image. This data is used to create a sequence of 2D images and depth maps, **which are digitally signed and** sent to the Secure Enclave. To counter both digital and physical spoofs, the TrueDepth camera randomizes the sequence of 2D images and depth map captures, and projects a device-specific random pattern. A portion of the Secure Neural Engine—protected within the Secure Enclave—transforms this data into a mathematical representation and compares that representation to the enrolled facial data. This enrolled facial data is itself a mathematical representation of the user's face captured across a variety of poses.<br><br>https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf, at 19-20 (last accessed Oct. 16, 2025)<br><br>In particular, the device-specific random pattern projected by the TrueDepth camera and used to randomize the sequence of 2D images and depth maps and sent to the Secure Enclave constitutes a high entropy password |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner.  For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.