# EXHIBIT G

# PRELIMINARY CLAIM CHART

## U.S. Patent No. 9,288,534

Crestone IP Management, LLC ("Crestone") provides notice of its allegations of Apple's infringement of exemplary claims 6, 9, and 11–12 of U.S. Patent No. 9,288,534 (hereinafter "the '534 patent") by Apple's exemplary iPhone 16 Pro.  In support thereof, Crestone provides the following preliminary claim charts.

"Accused Products" as used herein is defined in Crestone's Complaint, and includes, but is not limited to, all versions of Apple's MacBooks, smartphones, and tablets that are capable of serving as remote controllers for media devices ("'534 Accused Products").  It is further understood, on information and belief, that Apple is responsible, in material part, for the functionality and design of the '534 Accused Products and any other Accused Products that it provides.

These claim charts demonstrate Apple's infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Products based on the information available to Crestone at the present time.  These claim charts are not intended to constitute an expert report on infringement.  These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from available resources regarding the Accused Products, as Apple has provided no discovery in this case, which is expected to include design specifications for and physical copies of each variant or version of the Accused Products.  In addition, Apple has yet to identify each version (including by SKU, UPC, or otherwise) what it considers to be different versions of the Accused Products.  An analysis of Apple's (or other third parties') documentation may assist in fully identifying all infringing features and functionality.  Accordingly, Crestone reserves the right to supplement and/or amend this infringement analysis once such information is made available to Crestone.  Furthermore, Crestone reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.  Crestone provides this evidence of infringement and related analysis without the benefit of fact discovery, claim construction, and expert reports or discovery.  Crestone reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such fact discovery, claim construction, or expert reports or discovery.

Unless otherwise noted, Crestone contends that Apple directly infringes the '534 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, using, within the United States and/or importing the Accused Products into the United States.  The following exemplary analysis demonstrates that infringement.  Unless otherwise noted, Crestone further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.  Apple makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claims 6, 9, and 11–12 of the '534 patent, including without limitation, the Accused Products.

# PRELIMINARY CLAIM CHART

Unless otherwise noted, Crestone believes and contends that each element of each claim asserted herein is literally met through Apple's provision of the Accused Products.  However, to the extent that Apple attempts to allege that any asserted claim element for which literal infringement is alleged herein is not literally met, Crestone believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Accused Products, Crestone did not identify any substantial differences between the elements of the patent claims and any of the corresponding features of the Accused Products, as set forth herein.  In each instance, the identified feature of the Accused Products performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Products, Crestone asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim.  Crestone reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Apple.  Crestone also reserves the right to amend this infringement analysis by citing other claims of the '534 patent, not listed in the claim chart, that are infringed by the Accused Products.  Crestone further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Products" column of each chart.

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
| --- | --- |
| [6.pre] A remote controller for communicating with a media source and a media player, the remote controller comprising: | **Each Accused Product comprises a remote controller for communicating with a media source and a media player, as shown below:**<br><br>The Apple iPhone 16 Pro comprises a remote controller, as shown below, for communicating with media sources such as YouTube, and a media player, such as the Google TV Streamer (4K): |

# PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| | <br>*Media source*  *Remote controller*  *Media player* |
| [6.a.] a network interface for: | The iPhone 16 Pro comprises a network interface, as shown below: |

3

# PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| | <br>Apple iPhone 16 Pro<br>USI 339S01463 Wi-Fi 7/BT 5.4 Combo SoC<br><br>Last accessed September 15, 2025: https://www.apple.com/iphone/compare/?modelList=iphone-16-pro,iphone-16,iphone-16e<br><br>In particular, the exemplary Accused Product includes a MediaTek WiFi 6 MT 7021 device. |

# PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| | <br>USI 339S01463 Wi-Fi 7/BT 5.4 Combo SoC |

## PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| **[6.a.i]** (i) communicating with the media player via a first wireless communication link,<br><br>wherein communicating comprises transmitting media player commands to the media player and receiving first information therefrom describing a set of controls supported by the media player; and | The Accused Products' network interface is for communicating with the media player via a first wireless communication link, wherein communicating comprises transmitting media player commands to the media player and receiving first information therefrom describing a set of controls supported by the media player, as detailed below:<br><br>As shown in the Google Cast Help documentation, the network interface on the Apple iPhone 16 Pro communicates with a media player (such as Chromecast, Google TV Streamer (4K), or TV with Google Cast) via a first wireless communication link (i.e., being "on the same Wi-Fi network").<br><br>Cast from Google Cast-enabled apps to your TV<br><br>1. Make sure the mobile device, tablet, or computer you're using to cast is on the **same Wi-Fi network** as your Chromecast, Google TV Streamer (4K), or TV with Google Cast.<br><br>2. Open a Google Cast-enabled app.<br><br>3. Tap the Cast button. The **Cast button** isn't located in the same place across all Google Cast-enabled apps.<br><br>4. Tap the device you'd like to cast to.<br><br>5. When you're connected, the Cast button will turn solid, which lets you know you're connected.<br><br>6. You can now cast videos, movies, and TV shows directly to your TV.<br><br>7. To stop casting, tap the Cast button > **Disconnect**.<br><br>https://support.google.com/googlecast/answer/3006709?ref_topic=6104971&sjid=17425662081833250879-NA (accessed July 24, 2025)<br><br>In addition, the communicating comprises transmitting media player commands to the media player (i.e., the device such as Chromecast, Google TV Streamer, or TV with Google Cast), such as **pause** and **play**, as shown in the Google Cast Sender API reference commands for the media player: |

6

# PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| |  |

## PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| |  |

8

# PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| | The communicating also comprises receiving first information from the media player describing a set of controls supported by the media player, as shown in the Google Cast Sender API reference for fields of information received from the remote media player:<br><br> |

# PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
|  |  |

# PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| **[6.a.ii]** (ii) communicating with one or more media sources via a second wireless communication link,<br><br>wherein communicating comprises transmitting media source commands to the one or more media sources and receiving therefrom second information describing content items available by the one or more media sources; | The network interface of the Accused Products communicates with one or more media sources via a second wireless communication link, wherein communicating comprises transmitting media source commands to the one or more media sources and receiving therefrom second information describing content items available by the one or more media sources, as detailed below:<br><br>In particular, the network interface of the Accused Products communicates with one or more media sources (e.g., Youtube) via a second wireless communication link: |

# PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| | *Remote controller is connected to WiFi and wirelessly communicates to the media source.*  |
| | The communicating comprises transmitting media source commands to the one or more media sources: |

# PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| | Selecting search to enter a command    Selecting search to transmit command to the media source    Receiving content items related to transmitted command<br><br>The communicating also comprises receiving from the one or more media sources second information describing content items available by the one or more media sources: |

13

## PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| | <br><br>*Receiving content items related to transmitted command* |

# PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| **[6.b]** a processor for: | The Accused Products further comprise a processor, as detailed below:<br><br>Apple iPhone 16 Pro<br><br>Apple A18 Pro<br><br>iPhone 16 Pro<br><br>Chip<br><br>A18 Pro chip<br><br>6-core CPU with 2 performance and 4 efficiency cores<br><br>6-core GPU<br><br>16-core Neural Engine<br><br>Hardware-accelerated ray tracing<br><br>Last accessed October 14, 2025: https://www.apple.com/iphone/compare/?modelList=iphone-16-pro,iphone-16,iphone-16e |
| **[6.b.i]** (i) analyzing the received first information so as to identify at least one feature of the media player | The process in each Accused Product analyzes the received first information so as to identify at least one feature of the media player, as detailed below.<br><br>This is shown, for example, in the GoogleCast documentation below, which shows an exemplary feature of the media player relating to a configurable playback rate: |

# PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| |  |
| **[6.b.ii]** (ii) determining compatible content available on the one or more media sources wherein the compatible content is in a format that is compatible with a feature of the media player,<br><br>wherein the feature is selected from a group consisting of: volume control, picture control, | The Accused Products' processor determines compatible content available on the one or more media sources wherein the compatible content is in a format that is compatible with a feature of the media player, and wherein the feature is selected from a group consisting of: volume control, picture control, rewind, and fast forward, as detailed below. |

**PRELIMINARY CLAIM CHART**

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| rewind, and fast forward, and | Available content on the media source    Selecting the media player    Connecting to the media player |

17

## PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| | <br><br>*Connected to the media player while browsing available content on the media source*    *Selecting incompatible content triggers a prompt to disconnect from the media player*<br><br>The processor determines that the compatible content is compatible with a supported feature of the media player (see [6.a.i]): |

# PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| |  Compatible features can be selected from the settings wheel and include fast forward and adjustable playback speed. |

**PRELIMINARY CLAIM CHART**

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| |  |
| **[6.b.iii]** (iii) building a user interface for controlling the media player using the set of controls | The Accused Products' processor builds a user interface for controlling the media player using the set of controls, as detailed below.<br><br>As shown below in the Google Cast Sender API reference materials, the set of controls (green box) for controlling the media player (blue box) that were received by the network interface (see [6.a.i] above). |

## PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---------|---------------------------------------------------------------|
|  |  |

21

# PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| |  |
| **[6.b.iv]** (iv) creating a user interface for controlling the media player and for selecting | The Accused Products' processor creates a user interface for controlling the media player and for selecting compatible content from the one or more media sources, wherein the user interface is created based on the set of controls supported by the media player and built to display content from the one or more media sources determined to be compatible with the media player, as detailed below. |

# PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
| compatible content from the one or more media sources,<br><br>wherein the user interface is created based on the set of controls supported by the media player and built to display content from the one or more media sources determined to be compatible with the media player. | As shown below, the created user interface (red box) is for controlling the media player (as shown by the blue box, indicating what is playing on Google TV streamer) and for selecting the compatible content (shown in the green box):<br><br>  |

# PRELIMINARY CLAIM CHART

| **Claim 6** | **Exemplary Accused Product (Apple iPhone 16 Pro with Google TV)** |
|---|---|
| | The user interface is created based on the set of controls supported by the media player (indicated by the pause and play icons for the playing on Google TV streamer shown below):   The user interface is also built to display content from the one or more media sources determined to be compatible with the media player, as shown by the available content being displayed that is playing or playable on the media player: |

# PRELIMINARY CLAIM CHART

| Claim 6 | Exemplary Accused Product (Apple iPhone 16 Pro with Google TV) |
|---|---|
|  |  |

25

# PRELIMINARY CLAIM CHART

| Claim 9 | Exemplary Accused Product (Apple iPhone 16 Pro) |
|---|---|
| **[9.pre]** The remote controller of claim 6, | **See Claim 6, above.** |
| **[9.a]** where the information associated with the available content items includes at least one of a title of a content item; a type of a content item; and a performer of a content item. | In the Accused Products, the information associated with the available content items includes at least one of a title of a content item; a type of a content item; and a performer of a content item, as detailed below.<br><br>As shown in the red box in the screenshot below, the information associated with the available content includes both a title of the content item ("Apple Event – September 9") and the performer of the content item ("Apple") available on YouTube. |

# PRELIMINARY CLAIM CHART

| Claim 9 | Exemplary Accused Product (Apple iPhone 16 Pro) |
|---|---|
| |  |

| Claim 11 | Exemplary Accused Product (Apple iPhone 16 Pro) |
|---|---|
| **[11.pre]** The remote controller of claim 6, wherein: | **See Claim 6, above.** |

27

# PRELIMINARY CLAIM CHART

| Claim 11 | Exemplary Accused Product (Apple iPhone 16 Pro) |
|---|---|
| **[11.a]** the network interface simultaneously communicates with one or more additional media players; and | In each Accused Product, the network interface simultaneously communicates with one or more additional media players, as detailed below.<br><br><br><br>In particular, the blue boxes indicate that the additional media players are being communicated with, and the purple box indicates that the network interface is simultaneously communicating with an additional media player. |

# PRELIMINARY CLAIM CHART

| Claim 11 | Exemplary Accused Product (Apple iPhone 16 Pro) |
|---|---|
| |  All media players can simultaneously communicate over the same WiFi connection and are available to the remote controller. |
| **[11.b]** the processor (i) analyzes the received information from each of the one or more additional media players, and (ii) creates one or more | In each Accused Product, the processor (i) analyzes the received information from each of the one or more additional media players, and (ii) creates one or more additional controllers for controlling the corresponding media player of the one or more additional media players, as detailed below. |

# PRELIMINARY CLAIM CHART

| Claim 11 | Exemplary Accused Product (Apple iPhone 16 Pro) |
|---|---|
| additional controllers for controlling the corresponding media player of the one or more additional media players | As shown below from Google Cast developer documentation, the processor analyzes the received information (green box) from each of the one or more additional media players (the GoogleCast devices):<br><br> |

# PRELIMINARY CLAIM CHART

| Claim 11 | Exemplary Accused Product (Apple iPhone 16 Pro) |
|---|---|
|  | The processor also creates one or more additional controllers (as indicated in the green boxes below) for controlling the corresponding media player of each of the one or more additional media players (i.e., the devices connected with Google Cast): |

# PRELIMINARY CLAIM CHART

| Claim 11 | Exemplary Accused Product (Apple iPhone 16 Pro) |
|---|---|
| |  |

32

# PRELIMINARY CLAIM CHART

| Claim 11 | Exemplary Accused Product (Apple iPhone 16 Pro) |
|---|---|
| |  As shown above, a new controller is created every time a new session is initialized with a new media player. |

33

# PRELIMINARY CLAIM CHART

| Claim 12 | Exemplary Accused Product (Apple iPhone 16 Pro) |
|---|---|
| [12.pre] The remote controller of claim 11, | See Claims 6 and 11, above. |
| [12.a] wherein the processor aggregates the information received from the media player and the information received from each of the one or more additional media players, | The Accused Products' processor aggregates the information received from the media player and the information received from the one or more additional media players, as detailed below:  |

## PRELIMINARY CLAIM CHART

| Claim 12 | Exemplary Accused Product (Apple iPhone 16 Pro) |
|---|---|
| **[12.b]** and [wherein] the display module displays the aggregated information | The Accused Products' display module displays the aggregated information, as detailed below:  |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.